# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 537 MAL 2015

           Respondent          :

                             :    Petition for Allowance of Appeal from

                             :    the Order of the Superior Court

           v.                        :

JERMEEL OMAR TYSON,               :

           Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.